IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-cr-215

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| SEAN F. MESCALL | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of the defendant pro se for a continuance of this matter from the October 9, 2012, trial term in the Charlotte Division.[1] (Doc. No. 13).

For the reasons stated in the defendant's motion and the entire record in this case, the Court finds that the defendant has sufficient cause for a continuance. The Court further finds that the ends of justice served by taking such action outweigh the interests of the public and the defendant to a speedy trial as set forth in 18 U.S.C. § 3161(h)(7)(A).

**IT IS, THEREFORE, ORDERED** that the above captioned case be continued to the December 3, 2012, term of Court.

Signed: September 25, 2012

Robert J. Conrad, Jr.
Chief United States District Judge

---

[1] The motion also requests a status conference, which will be addressed by the magistrate judge.